UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL COAST AUDIOLOGY INCORPORATED, a California corporation, ,<br><br>Plaintiff(s)<br><br>v.<br><br>CHOICE PROVIDERS, LLC dba CHOICE HEARING AID PROVIDERS; and DOES 1-10, ,<br><br>Defendant(s) | Case No. 4:16-cv-02684-KAW<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☒ **Private ADR** (*specify process and provider*)
Private Mediation with JAMS

> *Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil L.R. 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

☐ the presumptive deadline (*90 days from the date of the order referring the case to ADR, unless otherwise ordered.*)

☒ other requested deadline: October 1, 2016

Date: August 1, 2016     Signed: /s/ Jeannette Witten
                                 Attorney for Plaintiff

Date: August 1, 2016     Signed: /s/ A. Raymond Hamrick, III
                                 Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Dated: 8/4/16

*Kandis Westmore*
U.S. ~~DISTRICT~~/MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices:
"Stipulation & Proposed Order Selecting Mediation" <u>or</u> "Stipulation & Proposed Order Selecting ENE" <u>or</u> "Stipulation & Proposed Order Selecting Private ADR."

